GAETANO BRINDIZI, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

(Argued October 16, 1931; decided November 17, 1931.)

*Thomas R. Wheeler* for appellant.

*Francis T. Findlay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.